**Opinion filed May 19, 2016**



## In The

# Eleventh Court of Appeals

_____

## No. 11-15-00322-CV

_____

## DAVID CAMDEN CHANCELLOR AND BRIAN YOUNG, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, Appellants

## V.

## MISSION ESTATES PROPERTY OWNERS' ASSOCIATION, Appellee

### On Appeal from the 385th District Court
### Midland County, Texas
### Trial Court Cause No. CV50808

### M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed in this court a joint motion to dismiss the appeal. We previously abated this appeal and remanded the cause to the trial court to permit the parties and the trial court to effectuate the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(C). That task is now complete, and the

trial court has signed an agreed order dismissing the case with prejudice. In their joint motion to dismiss, the parties indicate that the trial court's order moots this appeal, and they request that we dismiss the appeal as moot. In accordance with the parties' request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

The joint motion to dismiss is granted, and the appeal is dismissed.


PER CURIAM


May 19, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.